Filed Feb. 16, 1892.

---

## No. 16,245.

## TOMLINSON *v.* HARRIS.

APPEAL.—*Amendment of Bill of Exceptions.*—An appeal will not lie to the Supreme Court from a proceeding instituted in the Superior Court to amend a bill of exceptions embraced in the transcript of a case then pending in the Supreme Court.

From the Marion Superior Court.

*F. Knefler* and *J. S. Berryhill,* for appellant.

*T. E. Johnson, S. M. Shepard* and *W. E. Niblack,* for appellee.

MILLER, J.—This is an appeal from a proceeding instituted in the superior court to amend a bill of exceptions which was embraced in the transcript in *Harris* v. *Tomlinson, post,* p. 426, then pending in this court.

The proceeding was a part of, or auxiliary to, the original cause, and in such case an appeal will not lie to this court as from an original case. *Hamilton* v. *Burch,* 28 Ind. 233; *Seig* v. *Long,* 72 Ind. 18; *Hannah* v. *Dorrell,* 73 Ind. 465; *Harris* v. *Tomlinson, supra.*

Where a suit is instituted to correct a bill of exceptions, or other record, not in aid of a pending suit, an appeal will lie as in other actions.

This appeal is therefore dismissed; costs in this court against the appellant.

